## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL CODE COUNCIL, INC., <br><br>  Plaintiff, <br><br> v. <br><br> UPCODES, INC.; <br> GARRETT REYNOLDS; and <br> SCOTT REYNOLDS, <br><br>  Defendants. | Civil Action No.: 1:17-cv-6261-VM-DCF |
| INTERNATIONAL CODE COUNCIL, INC., <br><br>  Plaintiff, <br><br> v. <br><br> UPCODES, INC.; <br> GARRETT REYNOLDS; and <br> SCOTT REYNOLDS, <br><br>  Defendants. | Civil Action No.: 1:20-cv-4316-VM-DCF |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff International Code Council, Inc. ("ICC") hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment and order entered on March 1, 2021, which construed a pre-motion letter filed by Defendants UpCodes, Inc., Garrett Reynolds, and Scott Reynolds as a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and granted full dismissal of ICC's false advertising action, Case No. 20-cv-4316, denying all relief in that action.  *See* March 1, 2021 Order, entered as docket entry no. 113 in Case No. 17-cv-6261 and docket entry no. 14 in Case No. 20-cv-4316.

1

| | |
|---|---|
| Dated: March 30, 2021 | MORGAN, LEWIS & BOCKIUS LLP |

*/s/ J. Kevin Fee*
J. Kevin Fee
James Hamilton (admitted pro hac vice)
Jane W. Wise (admitted pro hac vice)
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Phone: 202-739-5353
Facsimile: 202-739-3001
kevin.fee@morganlewis.com
james.hamilton@morganlewis.com
jane.wise@morganlewis.com

*Counsel for International Code Council, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, the foregoing Notice of Appeal was filed with the clerk of this Court and served on counsel of record *via* email, including:

Joseph C. Gratz (*Pro Hac Vice*)
Ragesh Kumar Tangri (*Pro Hac Vice*)
Catherine Y. Kim (*Pro Hac Vice*)
Eugene Novikov (*Pro Hac Vice*)
217 Leidesdorff Street
San Francisco, CA 94111
Phone: (415) 362-6666
Facsimile: (415) 236-6300
jgratz@durietangri.com
rtangri@durietangri.com
ckim@durietangri.com
enovikov@durietangri.com
*Counsel for Defendants*

                                                                         /s/ Jane W. Wise
                                                                            Jane W. Wise