**MORRISON FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI, NEW
YORK, PALO ALTO, SAN DIEGO, SAN
FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

November 26, 2025

**MEMO ENDORSED**

[signature]
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2025

UpCodes is hereby ORDERED to serve its supplemental interrogatory responses by **Friday, December 5, 2025.**

**Via ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *International Code Council, Inc. v. UpCodes, Inc., et al.*
      Consolidated Case Nos. 1:22-cv-10815-VM-VF, 1:20-cv-04316, 1:17-cv-06261

Dear Judge Figueredo:

This letter pertains to the parties' existing dispute regarding Plaintiff International Code Council's (ICC) responses to UpCodes' written discovery. The Court heard argument on the parties' dispute on October 8, 2025.

As relevant here, during the discovery hearing, ICC agreed to supplement its responses to UpCodes' Interrogatory Nos. 1, 2, 6, and 7. See Oct. 8, 2025 Hearing Tr., Exhibit 1, at 10:23–12:24, 44:6–45:20. At the close of the hearing, the Court noted that, "[i]f this in the coming days or weeks … does not get resolved, you can send me another letter." Id. at 46:7–9.

In the subsequent weeks, UpCodes repeatedly followed up with ICC on the supplemental interrogatory responses, but ICC did not meaningfully engage. On October 14, UpCodes requested that ICC serve its supplemental interrogatory responses by October 27. Exhibit 2. The next day, ICC's counsel replied that they would "endeavor to provide updated responses as soon as [they could]" but could not commit to a October 27 deadline. Id. When UpCodes' counsel followed up two weeks later on October 31, asking for an update and a supplementation by November 7, ICC did not respond. Id. UpCodes emailed again on November 14, noting that six weeks had already passed since the hearing and requesting supplementation by November 18. Id. ICC again did not respond.

It has now been over seven weeks since the hearing and fact discovery ends on December 12. Because ICC has not provided its supplemental responses—or indicated when it intends to

MORRISON FOERSTER

The Honorable Valerie Figueredo
United States Magistrate Judge
November 26, 2025
Page Two

do so—and in light of the approaching discovery deadline, UpCodes respectfully requests that the Court order ICC to serve its supplemental responses by Friday, December 5.

Sincerely,

Joseph C. Gratz


cc: kevin.fee@us.dlapiper.com
jane.wise@us.dlapiper.com